## **CREDITORS  MATRIX**

Donald Burris
6046 FM 2920
Spring Tx. 77379
(last known address need to update)

Costco Anywhere Visa card by Citi
P. O. Box 790046
St. Louis, Mo. 63179-0046


PCF  Properties in Texas  LLC.
A SUBSIDARY OF PCF INVESTMENTS INC.
2711 Centerville Road
Wilmington De  19808

PCF Properties in Texas LLC
1942 Broadway St Ste 314c
Boulder, CO 80302

SAFCO
P.O. Box 947610
Atlanta, GA 3094-7610