IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re:  JAMES M. ANDERSEN | § | Case No. 24-80232 (ARP) |
| Debtor | § | **Chapter 13** |
| _____ | § | |
| ELIZABETH THOMAS | § | |
| Co-Debtor | § | |
| | § | |
| vs. | § | |
| | § | |
| PCF INVESTMENTS INC a/k/a | § | |
| PCF PROPERTIES IN **TEXAS  LLC.** | § | |
| .       Creditor | § | |
| _____ | § | |

**AGREED ORDER GRANTING RELIEF FROM AUTOMATIC STAY
AND THE CO-DEBTOR STAY
This Order Resolves Docket # ____)**

Debtor  James M. Andersen Co-Debtor Elizabeth Thomas and Judgment Creditor PCF Properties in Texas LLC.,  (the "Movants"), has together filed this agreed to motion for relief from the automatic stay in order to proceed in Appeal pending before  the U.S. The Court of Appeals for Third Circuit the under cause number 24-1979. Movants represented to the Court that it had served the motion in accordance with all applicable rules and provided notice of the hearing.  As shown by Debtor(s) James M. Andersen Co-Debtor Elizabeth Thomas and Judgment Creditor PCF Properties in Texas LLC. ( the"Movants") signature they have each agreed to the requested relief.

Accordingly, it is ordered that Motion is granted leave from the automatic stay [and the co-debtor stay,] to pursue Appeal pending before the U.S. The Court of Appeals for Third Circuit the under cause number 24-1979 remedies.

Judge signature block

## ALL PARTIES AGREE

By:/s/*James M. Andersen*
James M. Andersen
Attorney at Law
Texas State Bar No.01165850
P. O. Box 58554
Webster, Texas 77598-8554
Tel. (281)488-2800
Fax. (281)480-4851
jandersen.law@gmail.com
For Debtor

By/s/*Elizabeth Thomas*
Elizabeth Thomas Pro, Se
712 H Street NE #2487
Washington DC 20002
elizthomas234@gmail.com
Co- Debtor

By /s/ *Omar Perez*
Omar Perez Pro, Se
Managing Member
PCF Investments Inc a/k/a
PCF Properties in Texas LLC
2711 Centerville Road
Wilmington, De. 19808
Judgment Creditor

By *Alzadia Spires*
Alzadia Spires
Texas State Bar No: 24099975
17515 Spring Cypress Rd #C602
Cypress Texas 77429
Tel: (713) 417-4662
Email: alzadia@spireslawfirm.com
PCF   Properties in Texas LLC