**AMENDED CREDITORS MATRIX**

Associated Credit Union
P.O. Box 9004
League Tx. 77574


CitiVards CBNA
5800 South Corporation Place
Sioux Falls SD. 57108

Irelean McDaniel
2520 Caroline St.
Houston Tx 77004

Peckar & Abramson P.C.
1717 West Loop South,
Houston Tx. 90024

SAFCO
P.O. Box 947610
Atlanta, GA 3094-7610

TAB/Sunbit
10940 Wilshire Blvd.
Los Angeles CA. 90024