United States Bankruptcy Court
Southern District of Texas

**ENTERED**

August 27, 2024

Nathan Ochsner, Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

| | | |
|---|---|---|
| **In re: JAMES M. ANDERSEN** | § | |
| | § | **Case No. 24-80232** |
| **Debtor(s)** | § | **(Chapter 13)** |
| | § | |
| | § | |

## AMENDED ORDER GRANTING DEBTOR(S)' MOTION TO
## CONVERT CHAPTER 13 CASE TO CHAPTER 7 CASE

This case is converted to a case under chapter 7, with the conversion effective on the day 27th day of August, 2024.

Signed: August 27, 2024

_____

Alfredo R Pérez
United States Bankruptcy Judge