# UNITED STATES BANKRUPCTY COURT
# SOUTHERN OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: JAMES M. ANDERSEN<br>    Debtor | Case No. 24-80232<br>Chapter 7 |
| **JAMES M. ANDERSEN et al,**<br><br>vs.<br><br>**PCF INVESTMENTS INC ITS SUBSIDARY<br>PCF PROPERTIES IN TEXAS LLC.**<br>    *Debtors* | Adversary No. **24-08005** |

### NOTICE OF AGREED WITHDRAWAL OF MOTION TO LIFT THE STAY [DOC. NO. 13].

YOU ARE HEREBY NOTIFIED, that the Debtor James M. Andersen, Former Co-Debtor Elizabeth Thomas and the Creditor PCF Properties in Texas LLC, agreed that the AGREED TO MOTION TO LIFT THE STAY **[DOC. NO. 13].** is hereby withdrawn.

        Respectfully submitted,

        /s/ James M. Andersen
        James M, Andersen
        Attorney At Law
        Texas State Bar No. 01165850
        P. O. Box 58554
        Webster, Texas 77598-8554
        Tel. (218)488-2800
        Fax. (281)480-4851
        jandersen.law@gmail.com

## Certificate of Service

**I HEREBY CERTIFY** that on September 9, 2024, of the foregoing was mailed by United States Mail, first-class postage prepaid, or by Court ECF electronic transmission, to the parties of record and the persons shown on Exhibit "1."

/s/ James M. Andersen
James M, Andersen
