1 | P a g e

## UNITED STATES BANKRUPCTY COURT
## SOUTHERN OF TEXAS
## GALVESION DIVISION

| | |
|---|---|
| In re: JAMES M. ANDERSEN<br>Debtor | Case No. 2 **24-80232**<br>Chapter 7 |
| **JAMES M. ANDERSEN**<br>*Plaintiff* | Adversary No. 24-08005 |
| vs. | |
| **JOHN V. BURGER AND P.C.F. PROPERTIES IN TX, LLC.**<br>*Defendant* | |

**NOTICE OF WITHDRAWAL OF MOTION TO ENFORCE STAY [DOC. NO. 31].**

YOU ARE HEREBY NOTIFIED, that the **MOTION TO ENFORCE STAY** [DOCKET ENTRY NO. 31], is hereby withdrawn.

Respectfully submitted,

/s/ James M. Andersen
James M, Andersen
Attorney At Law
Texas State Bar No. 01165850
P. O. Box 58554
Webster, Texas 77598-8554
Tel. (218)488-2800
Fax. (281)480-4851
jandersen.law@gmail.com

1 | P a g e

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on September 9, 2024, of the foregoing was mailed by United States Mail, first-class postage prepaid, or by Court ECF electronic transmission, to the following parties upon:

Via: the CM/ECF system
John V. Burger
Barry& Sewart PLLC,
4151 S.W. Frwy Suite 680
Houston, TX 77027

Via United States Postal Service
P.C.F. PROPERTIES IN TX LLC
6046 FM 2920
Spring Tx. 77379

/s/ James M. Andersen
James M, Andersen