IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 24-80232-H2-13 |
| JAMES M. ANDERSEN | § | |
| | § | |
| Debtor. | § | CHAPTER 7 |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE THAT Primary Residential Mortgage, Inc. ("PRMI"), creditor and party in interest in the above-captioned case, appears through counsel Gwen E. Richard (Attorney in Charge) and Damian W. Abreo of Irelan McDaniel, PLLC, who enter their appearance pursuant to Section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and request that they be added to the official mailing and service lists in this case.  Pursuant to Bankruptcy Rules 2002 and 9007 and Section 1109(b) of the Bankruptcy Code, PRMI requests that copies of all notices and pleadings given or required and that copies of all papers served or required to be served in this case be given and served upon PRMI through its counsel at the address, telephone number, and email addresses set forth below:

    Gwen E. Richard (Attorney in Charge)
    grichard@imtexaslaw.com
    Damian W. Abreo
    dabreo@imtexaslaw.com
    IRELAN McDANIEL, PLLC
    2520 Caroline St., 2nd Floor
    Houston, Texas 77004
    (713) 222-7666 – Phone
    (713) 222-7669 – Fax

1

Respectfully submitted,

**IRELAN MCDANIEL**
A Professional Limited Liability Company

By: */s/ Gwen E. Richard*
    Gwen E. Richard (Attorney in Charge)
    grichard@imtexaslaw.com
    State Bar No 16842730
    Damian W. Abreo
    dabreo@imtexaslaw.com
    State Bar No. 24006728
    2520 Caroline St., 2nd Floor
    Houston, Texas 77004
    Phone:  713.222.7666
    Fax:     713.222.7669

**ATTORNEYS FOR PRIMARY RESIDENTIAL MORTGAGE, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record, who are deemed to have consented to electronic service in the above-referenced case, are being served on September 19, 2024, with a copy of the foregoing document via the Court's Case Management/Electronic Case Files (CM/ECF) system.

    */s/ Gwen E. Richard*
    Gwen E. Richard