UNITED STATES BANKRUPCTY COURT
SOUTHERN OF TEXAS
GALVESTON DIVISION

In re: JAMES M. ANDERSEN
Debtor

Case No. 24-80232
Chapter 7

### INTENT TO ASSUME LAW OFFICE COMMERICAL LEASE

**COMES NOW,** James M. Andersen (the "Debtor"), hereby files this "Motion of Intent to Assume" the commercial lease with Bestours, Inc., for James M. Andersen Attorney office ("Tools of Trade"), located at 17041 El Camino Real, Suite 204, Houston, TX, 77058 , entered into on May 5, 2023 and ending on May 30, 2025. Debtor filed for Chapter 13 on August 12, 2024, and had an initial period of 120 days from the filing of the bankruptcy case—or entry of a plan confirmation order, if earlier—to assume or reject their unexpired leases of nonresidential real property under Bankruptcy Code Section 365(d)(4).

James M. Andersen (the "Debtor"), has assumed its lease with Bestours, Inc., by presently being current on his lease agreement (the Contract").

Respectfully submitted,

/s/ *James M. Andersen*
James M, Andersen
Attorney At Law
Texas State Bar No. 01165850
P. O. Box 58554
Webster, Texas 77598-8554
Tel. (218)488-2800
Fax. (281)480-4851
Jandersen.law@gmail.com

## CERTIFCATE OF SERVICE

A copy of this motion was served on Bestour Inc., owner Amer Shehadeh at the addresses stated below on September 24, 2024, by prepaid United States first class mail. Movant certifies that movant has complied with Bankruptcy Local Rule 4001.

BESTOUR, INC.
2303 Camden Creek Lane,
Houston, TX 77077
 Attn: Amer Shehadeh

/s/ James M. Andersen
James M, Andersen